

JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BYRON L. SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. EDCV 09-2163-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: _December 2, 2009__

_____
Manuel L. Real
United States District Judge

